■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN M. BUTLER, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered August 22, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON J. McCURTY, Appellant. (Appeal No. 1.) [874 NYS2d 835]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered October 5, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v McCurty* (60 AD3d 1406 [2009]). Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.